960

No. 1327. SOUTHERN PACIFIC CO. v. SABELLA. Sup. Ct. Cal. Certiorari denied. *Arthur B. Dunne* for petitioner. *James F. Boccardo* for respondent.

No. 1336. FOSTER ET AL. v. HAMBLIN, TRUSTEE IN BANKRUPTCY. C. A. 6th Cir. Certiorari denied. *Henry D. Stratton* for petitioners.

No. 1344. PLUMLEY v. MARYLAND. Ct. Sp. App. Md. Certiorari denied. *Karl G. Feissner* for petitioner.

No. 1351. STONEHILL ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hans A. Nathan, Bert B. Rand, Joseph A. Ball, John L. Ingoldsby, Jr.,* and *Bertram H. Ross* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.

No. 1354. KRAUSE, ADMINISTRATOR v. CHARTIER ET AL. C. A. 1st Cir. Certiorari denied. *Edward M. O'Brien* and *Robert A. Dwyer* for petitioner. *Leonard A. Kiernan, Jr.,* for Chartier, *Knight Edwards* and *Stephan A. Fanning, Jr.,* for North Central Airways, Inc., and *Guy J. Wells* and *Thomas Dunne Gidley* for Petterutti, respondents.

No. 1356. SUGARMAN v. FORBRAGD ET AL. C. A. 9th Cir. Certiorari denied. *George C. Martinez* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* filed a memorandum with respect to mootness.